IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| MELANIE HOPE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | Civil No. 1:17-CV-267-DSC |
| Deputy Commissioner for Operations, | ) | |
| performing the duties and functions not | ) | |
| reserved to the Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**UPON MOTION** of the Deputy Commissioner for Operations of Social Security (Commissioner) for an extension of time to file her motion for summary judgment and supporting memorandum, for good cause shown, and it appearing that Plaintiff consents to the extension of time,

**IT IS HEREBY ORDERED** that the Commissioner shall have an additional thirty days from April 2, 2018, up to and including May 2, 2018, in which to file her motion for summary judgment and supporting memorandum.

<u>Defendant is cautioned that there will be no further extensions of this deadline absent extraordinary circumstances. Defense counsel's workload and office schedule will not be considered extraordinary</u>.

**SO ORDERED**.

Signed: March 27, 2018

David S. Cayer
United States Magistrate Judge